IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAWN ISOM<br>LACKAWANNA COUNTY<br>PRISON<br>1371 N WASHINGTON AVENUE<br>SCRANTON, PA 18509, | :<br>:<br>:<br>:<br>:<br>: | |
| | : | NO. 4:07-CV-00946-JEJ-SF |
| Plaintiff | : | |
| | : | |
| vs. | : | |
| | : | |
| JANINE M. DONATE;<br>CAPT. CHIARELLI; COUNTY<br>COMMISSIONERS OFFICE;<br>ASST.WARDEN TIMOTHY BETTI; | :<br>:<br>:<br>: | JUDGE: JONES, III |
| | : | |
| Defendants | : | |

## AFFIDAVIT OF WARDEN JANINE DONATE
## IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, Janine Donate, being duly sworn according to law, hereby deposes and says:

1. At all times material hereto, I have been the Warden of the Lackawanna County Prison.

2. At all times material hereto, Lackawanna County has maintained a law library for prisoners incarcerated at the Lackawanna County Prison.

3. There is attached hereto an accurate listing of the volumes available for prisoner research.

4. At all times material hereto, the prisoners were granted six (6) hours per week for law library time to do appropriate research.

5. The Lexis/Nexis Computer Research Program was installed in December, 2006, and prisoners had access to computerized research from that point forward.

_____ [Seal]
JANINE DONATE

Sworn to and Subscribed
before me this 14th day
of August, 2008.

_____

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Michele M. Ciccone, Notary Public
City of Scranton, Lackawanna County
My commission expires June 27, 2010

2