LACKAWANNA COUNTY PRISON
LAW LIBRARY
AUGUST 14, 2008

<u>VOLUMES</u>

1.   <u>Federal Reporter, 3rd</u> - Last publication date approximately 2001;
     **Fully accessible on computer via Lexis Nexis;**
     **Still receive current pocket parts.**

2.   <u>Federal Reporter, 2nd/3rd</u>- Last publication date approximately 2001;
     **Fully accessible on computer via Lexis Nexis;**
     **Still receive current pocket parts.**

3.   <u>Pennsylvania Rules of Court (Federal/State/Local)</u> - Last publication date 2006;
     **Fully accessible on computer via Lexis Nexis;**
     **Still receive current pocket parts.**

4.   <u>Administrative Decisions Under Immigration & Naturalization Laws of U.S.;</u>
     **Volumes 1 through 27; Last publication date 2002;**
     **Still receive current pocket parts.**

5.   <u>Pennsylvania Reporter, 2nd</u> -   Last publication date approximately 1989;
     **Fully accessible on computer via Lexis Nexis;**
     **Still receive current pocket parts.**

6.   <u>Supreme Court Reporter</u>
     **Fully accessible on computer via Lexis Nexis;**

7.   <u>Pennsylvania Annotated Statutes/ Purdons</u> - Last publication date 2008;
     **Fully accessible on computer via Lexis Nexis;**
     **Still receive pocket parts.**

8.   <u>USCA</u> -
     **Fully accessible on computer via Lexis Nexis;**
     **Still receive pocket parts.**

9.   <u>Pennsylvania District & County Reports, 4th Series</u>
     **Last publication date approximately 2001;**
     **Not available online;**
     **Ongoing subscription not determined at this time.**

EXHIBIT "1"

10.     **Pennsylvania Digest, 2nd**
        **Fully accessible on computer via Lexis Nexis;**
        **Still receive pocket parts.**

11.     **Federal Practice 4th**
        **Fully accessible on computer via Lexis Nexis;**
        **Still receive pocket parts.**

12.     **Federal Practice and Procedure**
        **Fully accessible on computer via Lexis Nexis;**
        **Still receive pocket parts.**

13.     **INS Digest - Last publication date 2008**
        **Fully accessible on computer via INS website**

14.     **7 Black's Law Dictionary**

15.     **Webster's Dictionary**

16.     **3 Volumes containing the Constitution/ full text**