IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SHAWN ISOM
LACKAWANNA COUNTY
PRISON
1371 N WASHINGTON AVENUE
SCRANTON, PA 18509,

        Plaintiff

vs.

JANINE M. DONATE;
CAPT. CHIARELLI; COUNTY
COMMISSIONERS OFFICE;
ASST. WARDEN TIMOTHY BETTI;

        Defendants

NO. 4:07-CV-00946-JEJ-SF

JUDGE: JONES, III

## DEFENDANTS' STATEMENT OF UNDISPUTED FACTS

1. Plaintiff was an inmate at the Lackawanna County Prison when he signed his Complaint in May, 2007.

2. Plaintiff's Complaint states that he is generally dissatisfied with the adequacy of the books provided to Prisoners in the Lackawanna County Prison Law Library.

3. Plaintiff at no time has ever cited any adverse actions taken against him or prejudice which he suffered as a result of the alleged inadequacy.

4.      The Defendants have submitted an Affidavit of Warden Janine Donate indicating the volumes that are available to prisoners and indicating that prisoners are permitted to legal research at the law library for six (6) hours per week.

5.      From December, 2006, prisoners at the Lackawanna County Prison were permitted to use the Lexis/Nexis Computer Research Program.

Respectfully submitted,

KREDER BROOKS HAILSTONE LLP

By _____
Michael J. Donohue,
Attorneys for Defendants